UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JENNIFER CAMPBELL | CIVIL ACTION |
| VERSUS | NO. 13-2505 |
| DIRECT RECOVERY SERVICES, LLC | SECTION "N"(3) |

## ORDER OF DISMISSAL

The record reflects that service has been made upon the defendant, Direct Recovery Services, LLC and a preliminary default was entered against defendant, Direct Recovery Services, LLC (Rec. Doc. No. 8), but no default judgment has been submitted to the Court and plaintiff has failed to show good cause why this matter should not be dismissed for failure to prosecute, in accordance with the order dated November 13, 2013 (Rec. Doc. No. 10).

Accordingly,

**IT IS ORDERED** that the plaintiff's complaint against defendant Direct Recovery Services, LLC is hereby DISMISSED WITHOUT PREJUDICE in accordance with F.R. Civ.P 16(f).

New Orleans, Louisiana, this  5th  day of May, 2014.

KURT D. ENGELHARDT
UNITED STATES DISTRICT COURT